

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Johnathan Vela,

Vs. No. 11-21-00135-CR

The State of Texas,

\* From the 238th District Court
of Midland County,
Trial Court No. CR53397.

\* September 29, 2022

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify (1) the judgment of the trial court to clarify that "all court costs, fines, fees, assessments and restitution" does not include court-appointed attorney's fees and (2) the district clerk's amended bill of costs to delete the court-appointed attorney's fees assessed against Appellant. As modified, we affirm the judgment of the trial court.